UNITED NEW JERSEY RAILROAD AND CANAL COMPANY et al.,
appellants,

*v.*

FRANCIS LEWIS et al., respondents.

[Argued June 27th, 28th, 1905.   Decided June 18th, 1906.]

On appeal from a decree of the court of chancery advised by
Vice-Chancellor Bergen, whose opinion is reported in *68 N. J.
Eq. 437.*

*Mr. Alan H. Strong,* for the appellants.

*Mr. George T. Parrot,* for the respondents.

PER CURIAM.

The decree in this case will be affirmed for the reasons con-
tained in the opinion delivered in the court of chancery by Vice-
Chancellor Bergen.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, PIT-
NEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GRAY
—10.

*For reversal*—None.